COMMONWEALTH of Pennsylvania,
Respondent

v.

Fred POLISKY, Petitioner

No. 643 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael Romain HINTON, Petitioner

No. 640 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Lester Leringo JOHNSON, Petitioner

No. 578 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.